IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00169-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

CAPTAIN H. HUERTAS,
LIEUTENANT TITEMAN,
SERGEANT FRETWELL,
SERGEANT WEST,
C/O P. ARCHULETA,
C/O SUTER,
C/O J. ENGLEHART, and
C/O D. JOHNSON,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's "Motion to Stay All Proceeding"** [Docket No. 50; Filed December 1, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.  Plaintiff requests a stay of all proceedings in this matter based on his recent treatment for shingles.  The Court previously imposed a temporary stay of all proceedings due to Plaintiff's medical condition.  *See* Docket No. 35.  Once Plaintiff was released from the correctional facility's infirmary, the Court lifted the stay.  *See* Docket No. 36.  Although Plaintiff may still be recovering from his illness, he admits that facility medical personnel have released him to his living unit.  As "a stay of all discovery is generally disfavored in this District," and Plaintiff is sufficiently recovered to have been released from the infirmary, the Court will not permit a second stay of proceedings at this time.  *Wason Ranch Corp. v. Hecla Mining Co.*, No. 07-cv-00267-EWN-MEH, 2007 WL 1655362, at *1 (D. Colo. June 6, 2007).

    Dated:  December 5, 2011