IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00169-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

CAPTAIN H. HUERTAS,
LIEUTENANT TITEMAN,
SERGEANT FRETWELL,
SERGEANT WEST,
C/O P. ARCHULETA,
C/O SUTER,
C/O J. ENGLEHART, and
C/O D. JOHNSON,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **"Motion for Protection from Hostile Defendants, Right to Life"** [Docket No. 54; Filed December 22, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED** for the reasons stated in the Order and Recommendation issued November 4, 2011 [#41].  In his Motion, Plaintiff alleges wrongdoing by C/O Alanis, Lt. Travis, Sgt . Montgomery, and Sgt. Hudspeth.  None of these individuals are named defendants in this lawsuit.  As previously explained, the Court has limited authority to grant injunctive relief against nonparties, and the circumstances permitting such relief are not present here. [#41] at 4; *see* Fed. R. Civ. P. 65(d) ("Every order granting an injunction ... binds only ... the parties ... ."); *see also Little v. Jones*, 607 F.3d 1245, 1251 (10th Cir. 2010) (affirming the denial of a motion for preliminary injunction on the basis that the incarcerated pro se plaintiff had not "alleged that the defendants named in the complaint participated in the alleged deprivations . . . .").

    Dated:  December 27, 2011