IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00169-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

CAPTAIN H. HUERTAS,
LIEUTENANT TITEMAN,
SERGEANT FRETWELL,
SERGEANT WEST,
C/O P. ARCHULETA,
C/O SUTER,
C/O J. ENGLEHART, and
C/O D. JOHNSON,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Compel** [Docket No. 59; Filed December 30, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. Construing the Motion liberally as it must, the Court interprets Plaintiff's stated request for relief as seeking an order compelling the Colorado Attorney General's office "to furnish [Plaintiff] with grievance forms and withdrawl-slips [sic], etc." [#49] at 4. Neither the Colorado Attorney General nor his office are parties to this proceeding. As previously explained, the Court has limited authority to grant relief against nonparties, and the circumstances permitting such relief are not present here. [#41] at 4; *see* Fed. R. Civ. P. 65(d) ("Every order granting an injunction ... binds only ... the parties ... ."); *see also Little v. Jones*, 607 F.3d 1245, 1251 (10th Cir. 2010) (affirming the denial of a motion for preliminary injunction on the basis that the incarcerated pro se plaintiff had not "alleged that the defendants named in the complaint participated in the alleged deprivations . . . .").

    Dated: January 3, 2012