**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 11-cv-00169-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,
v.

CAPTAIN H. HUERTAS,
LIEUTENANT TITEMAN,
SERGEANT FRETWELL,
SERGEANT WEST,
C/O P. ARCHULETA,
C/O SUTER,
C/O J. ENGLEHART, and
C/O D/ JOHNSON,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Plaintiff's [Notice of] Dismissal of Action (Doc. # 70), and this Court's Minute Order (Doc. # 71) that Defendants file any objection to Plaintiff's Motion to Dismiss no later than February 27, 2012, to which no objection was filed, it is

ORDERED that the Complaint and cause of action are DISMISSED WITHOUT PREJUDICE.

DATED: March __06__, 2012

                              BY THE COURT:

                              _/s/ Christine M. Arguello_
                              CHRISTINE M. ARGUELLO
                              United States District Court Judge