**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00169-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

CAPTAIN H. HUERTAS,
LIEUTENANT TITEMAN,
SERGEANT FRETWELL,
SERGEANT WEST,
C/O P. ARCHULETA,
C/O SUTER,
C/O J. ENGLEHART, and
C/O D/ JOHNSON,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Plaintiff's [Notice of] Dismissal of Action (Doc. # 70), and this Court's Minute Order (Doc. # 71) that Defendants file any objection to Plaintiff's Motion to Dismiss no later than February 27, 2012, to which no objection was filed, it is

ORDERED that the Complaint and cause of action are DISMISSED WITHOUT PREJUDICE.

DATED:  March __06__, 2012

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge